```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2723

 5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-CV-02305-LKK-GGH |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER |
| | ) | FOR PUBLICATION |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 8258 WEST NICOLET AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-156-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

The United States of America, plaintiff herein, applies for an order of publication as follows:

1. Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1

Dockets.Justia.com

1       3.   The defendant real property shall be posted in Maricopa
2  County, Glendale, Arizona;
3       4.   Plaintiff proposes that publication be made as follows:
4            a.   Four publications;
5            b.   In the following newspaper, a legal newspaper of
6  general circulation, located in the county (Maricopa) in which
7  the defendant property is located: Arizona Business Gazette;
8            c.   The publication to include the following:
9                 (1)  The Court, title and number of the action;
10                (2)  The date of the posting;
11                (3)  The identity and/or description of the
12 property posted;
13                (4)  The name, address and telephone number of the
14 attorney for the plaintiff;
15                (5)  A statement that claims of persons entitled
16 to possession or claiming an interest pursuant to Supplemental
17 Rule C(6) of the Federal Rules of Admiralty must be filed with
18 the Clerk and served on the attorney for the plaintiff within 30
19 days after the date of publication;
20                (6)  A statement that answers to the complaint
21 must be filed and served within 20 days after the filing of the
22 claims and, in the absence thereof, default may be entered and
23 condemnation ordered;
24                (7)  A statement that applications for
25 intervention under Fed. R. Civ. P. 24 by persons claiming
26 maritime liens or other interests shall be filed within the 30
27 days allowed for claims for possession; and
28 ///

```
 1                (8)  The name, address, and telephone number of
 2   the U.S. Marshal and/or Bureau of Alcohol, Tobacco, Firearms and
 3   Explosives.
 4   DATED: Oct. 18, 2006           McGREGOR W. SCOTT
                                    United States Attorney
 5
 6                                  /s/ Kristin S. Door
                                    KRISTIN S. DOOR
 7                                  Assistant U.S. Attorney
 8
 9                                  ORDER
10        IT IS SO ORDERED.
11   DATE: 10/24/06                 /s/ Gregory G. Hollows
12                                  UNITED STATES MAGISTRATE JUDGE
13   nicolet.ord
```