UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CIV S-06-2299 FCD KJM |
| v. | **RELATED CASE ORDER** |
| REAL PROPERTY LOCATED AT 7600 NORTH 71st AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 143-25-044, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CIV S-06-2300 GEB EFB |
| v. | |
| REAL PROPERTY LOCATED AT 7407 NORTH 82nd LANE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-171-1, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |
| _____/ | |

///

UNITED STATES OF AMERICA

        Plaintiff,                        No. CIV S-06-2305 LKK GGH

    v.

REAL PROPERTY LOCATED AT 8258 WEST NICOLET AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-156-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

        Defendant.
_____/

UNITED STATES OF AMERICA

        Plaintiff,                        No. CIV S-06-2306 DFL GGH

    v.

REAL PROPERTY LOCATED AT 8779 WEST LANE AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-28-050, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

        Defendant.
_____/

        The court has received the Notice of Related Cases filed October 23, 2006. Examination of the above-entitled actions reveals that all actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involved are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

        The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the

judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated, **CIV S-06-2300 GEB EFB, CIV S-06-2305 LKK GGH and CIV S-06-2306 DFL GGH** are reassigned to Judge Frank C. Damrell, Jr. and Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in these reassigned cases <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as**, CIV S-06-2300 FCD KJM, CIV S-06-2305 FCD KJM and CIV S-06-2306 FCD KJM.**

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil/criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: October 26, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge