1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA

11              Plaintiff,                    No. CIV S-06-2299 FCD KJM

12        v.                                  **RELATED CASE ORDER**

13

14   REAL PROPERTY LOCATED AT 7600
     NORTH 71st AVENUE, GLENDALE,
15   MARICOPA COUNTY, ARIZONA,
     ASSESSOR'S TAX PARCEL NUMBER:
16   143-25-044, INCLUDING ALL
     APPURTENANCES AND IMPROVEMENTS
17   THERETO,

18              Defendant.
     _____/
19   UNITED STATES OF AMERICA

20              Plaintiff,                    No. CIV S-06-2300 GEB EFB

21        v.

22   REAL PROPERTY LOCATED AT 7407
23   NORTH 82nd LANE, GLENDALE,
     MARICOPA COUNTY, ARIZONA,
24   ASSESSOR'S TAX PARCEL NUMBER:
     142-27-171-1, INCLUDING ALL
25   APPURTENANCES AND IMPROVEMENTS
     THERETO,

26
                Defendant.
27   _____/

28
     ///

1

2

UNITED STATES OF AMERICA

    Plaintiff,                        No. CIV S-06-2305 LKK GGH

3

4

    v.

5

6

7

REAL PROPERTY LOCATED AT 8258
WEST NICOLET AVENUE, GLENDALE,
MARICOPA COUNTY, ARIZONA,
ASSESSOR'S TAX PARCEL NUMBER:
142-27-156-4, INCLUDING ALL
APPURTENANCES AND IMPROVEMENTS
THERETO,

8

9

    Defendant.

_____/

10

UNITED STATES OF AMERICA

11

    Plaintiff,                        No. CIV S-06-2306 DFL GGH

12

13

    v.

14

15

16

REAL PROPERTY LOCATED AT 8779
WEST LANE AVENUE, GLENDALE,
MARICOPA COUNTY, ARIZONA,
ASSESSOR'S TAX PARCEL NUMBER:
142-28-050, INCLUDING ALL
APPURTENANCES AND IMPROVEMENTS
THERETO,

17

18

    Defendant.

_____/

19

20

21

22

23

24

25

26

27

28

        The court has received the Notice of Related Cases filed October 23, 2006.  Examination

of the above-entitled actions reveals that all actions are related within the meaning of Local Rule

83-123(a) (E.D. Cal. 1997).  The actions involved  are based on the same or similar claims, the

same property transaction or event, similar questions of fact and the same questions of law, and

would therefore entail a substantial duplication of labor if heard by different judges.

Accordingly, the assignment of the matters to the same judge is likely to effect a substantial

savings of judicial effort and is also likely to be convenient for the parties.

        The parties should be aware that relating the cases under Local Rule 83-123 merely has

the result that these actions are assigned to the same judge; no consolidation of the actions is

effected.  Under the regular practice of this court, related cases are generally assigned to the

1  judge and magistrate judge to whom the first filed action was assigned.

2       IT IS THEREFORE ORDERED that the actions denominated, **CIV S-06-2300 GEB**

3  **EFB, CIV S-06-2305 LKK GGH and CIV S-06-2306 DFL GGH** are reassigned to Judge

4  Frank C. Damrell, Jr. and Magistrate Judge Kimberly J. Mueller for all further proceedings, and

5  any dates currently set in these reassigned cases <u>only</u> are hereby VACATED.  Henceforth, the

6  caption on documents filed in the reassigned cases shall be shown as**,  CIV S-06-2300 FCD**

7  **KJM, CIV S-06-2305 FCD KJM and CIV S-06-2306 FCD KJM.**

8       IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the

9  assignment of civil/criminal cases to compensate for this reassignment.

10      IT IS SO ORDERED.

11  DATED: October 26, 2006

12                                              /s/ Frank C. Damrell Jr.
                                               FRANK C. DAMRELL, JR.
13                                             United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28