IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>REAL PROPERTY LOCATED AT 8258 WEST NICOLET AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-156-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | No. 2:06-CV-02305-FCD-KJM<br><br>**ORDER GRANTING MOTION OF COUNSEL LARRY A. HAMMOND AND JEAN-JACQUES CABOU TO WITHDRAW AS COUNSEL FOR CLAIMANTS ELAINE ALRAHIB AND EAA RESIDENTIAL, L.L.C.** |

　　　　Larry A. Hammond and Jean-Jacques Cabou have filed a Motion to Withdraw as Counsel with this Court. Their clients have consented, Clyde A. Blackmon remaining as counsel for said clients, and for good cause appearing the motion is hereby GRANTED. It is therefore ORDERED that Larry A. Hammond and Jean-Jacques Cabou are withdrawn as counsel for Claimants Elaine Alrahib and EAA Residential, L.L.C.

　　　　IT IS SO ORDERED.

DATED: October 23, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE