1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10
UNITED STATES OF AMERICA
11
                    Plaintiff,                No. CIV S-06-2299 FCD KJM
12
          v.                                  **ORDER RE: SETTLEMENT AND**
13                                            **DISPOSITION**

14
REAL PROPERTY LOCATED AT 7600
15 NORTH 71st AVENUE, GLENDALE,
MARICOPA COUNTY, ARIZONA,
16 ASSESSOR'S TAX PARCEL NUMBER:
143-25-044, INCLUDING ALL
17 APPURTENANCES AND IMPROVEMENTS
THERETO,
18
                    Defendant.
19 _____/

20 UNITED STATES OF AMERICA

21                  Plaintiff,                No. CIV S-06-2300 FCD KJM

22        v.

23 REAL PROPERTY LOCATED AT 7407
NORTH 82nd LANE, GLENDALE,
24 MARICOPA COUNTY, ARIZONA,
ASSESSOR'S TAX PARCEL NUMBER:
25 142-27-171-1, INCLUDING ALL
APPURTENANCES AND IMPROVEMENTS
26 THERETO,

27                  Defendant.
_____/
28

   //////

UNITED STATES OF AMERICA

                  Plaintiff,                No. CIV S-06-2305 FCD KJM

      v.

REAL PROPERTY LOCATED AT 8258
WEST NICOLET AVENUE, GLENDALE,
MARICOPA COUNTY, ARIZONA,
ASSESSOR'S TAX PARCEL NUMBER:
142-27-156-4, INCLUDING ALL
APPURTENANCES AND IMPROVEMENTS
THERETO,

                  Defendant.

_____/

UNITED STATES OF AMERICA

                  Plaintiff,                No. CIV S-06-2306 FCD KJM

      v.

REAL PROPERTY LOCATED AT 8779
WEST LANE AVENUE, GLENDALE,
MARICOPA COUNTY, ARIZONA,
ASSESSOR'S TAX PARCEL NUMBER:
142-28-050, INCLUDING ALL
APPURTENANCES AND IMPROVEMENTS
THERETO,

                  Defendant.

_____/

UNITED STATES OF AMERICA

                  Plaintiff,                No. CIV S-06-2783 FCD KJM

      v.

APPROXIMATELY $239,833.28 IN U.S.
CURRENCY SEIZED FROM BANK OF
AMERICA ACCOUNT NO.0046 8999 2535,
HELD IN THE NAME OF DA BOMB
PRODUCTS, INC., et al.,

                  Defendants.

_____/

//////

//////

UNITED STATES OF AMERICA

                Plaintiff,               No. CIV S-06-2788 FCD KJM

    v.

APPROXIMATELY $2,274.34 IN U.S.
CURRENCY SEIZED FROM IRONSTONE
BANK ACCOUNT NO. 9260036828, HELD
IN THE NAME OF 7600 71st AVE LLC,
et al.,

                Defendants.
_____/

UNITED STATES OF AMERICA

                Plaintiff,               No. CIV S-06-2796 FCD KJM

    v.

APPROXIMATELY $87,257.36 IN U.S.
CURRENCY SEIZED FROM BANK OF
AMERICA ACCOUNT NO. 0046 5585 5745,
HELD IN THE NAME OF MINI TRUCK
EXPRESS, et al.,

                Defendants.
_____/

      Pursuant to the representations of the plaintiff, in the above actions, the court has

determined that this case has settled.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to

be filed on or before February 19, 2008.  All dates/hearings set in this matter, to include any

pending motions, are hereby VACATED.

      **<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>**

**<u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY</u>**

**<u>PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.</u>**

      **IT IS SO ORDERED**.

Dated: January 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE